HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
ANTOINE LAMAR DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 2:24-CR-0077 TLN |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER FOR RELEASE |
| v. | |
| ANTOINE LAMAR DAVIS, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Noa Oren, counsel for Mr. Davis, that the conditions of release previously set by the Court may be modified as detailed below, and respectfully request the Court to modify the conditions accordingly. *See* Exh. A. The Pretrial Services officer agrees with the modification.

The parties specifically stipulate as follows:

1. The detention hearing in this case was heard on March 25, 2024. Release was ordered delayed until a bed became available at Wellspace. ECF No. 8. Mr. Davis was ordered released on a $50,000 appearance bond contingent upon a series of

|   |   |   |
|---|---|---|
| 1 |   | pretrial conditions.  ECF Nos. 10, 11. |
| 2 | 2. | At Defendant's Arraignment on April 4, 2024, Defendant was remanded to the Custody of the U.S. Marshals pending bed availability at Wellspace. ECF No. 17 |
| 4 | 2. | Pretrial Services subsequently obtained an acceptance/arrival date of April 18, 2024, for Mr. Davis at Wellspace. |
| 6 | 4. | The defense therefore respectfully requests that Condition 2 of Mr. Davis's current Conditions of Release be modified to read: "Your release is delayed until Thursday, April 18, 2024, at 9:00am, at which time you must immediately report directly to Pretrial Services." |
| 10 | 5. | All other Conditions of Release remain in effect. |

## **O R D E R**

**IT IS SO ORDERED** that Mr. Antoine Lamar Davis's Conditions of Release be modified as set forth above. Mr. Davis is to be released on April 18, 2024, at 9:00 a.m. to report directly to Pretrial Services.

Dated: April 11, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE