

**FILED**

April 16, 2024

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

ANTOINE LAMAR DAVIS

             Defendant.

Case No.  2:24-cr-0077 TLN

**ORDER FOR RELEASE OF**
**PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

     This is to authorize and direct you to release <u>ANTOINE LAMAR DAVIS</u> Case No. <u>2:24-cr-0077 TLN</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

     _____  Release on Personal Recognizance

     _____  Bail Posted in the Sum of $ _____

     _____  Unsecured Appearance Bond $ _____

     _____  Appearance Bond with 10% Deposit

     _____  Appearance Bond with Surety

     _____  Corporate Surety Bail Bond

       X      (Other): Defendant to be RELEASED on 4/18/2024 at
     _____  9:00 AM and report directly to Pretrial Services.

     Issued at Sacramento, California on April 16, 2024 at 2:00 PM

             By:   /s/ Carolyn K. Delaney
                        _____

                  Chief Magistrate Judge Carolyn K. Delaney