HEATHER E. WILLIAMS, #122664
Federal Defender
Noa E. Oren, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
noa_oren@fd.org

Attorney for Defendant
ANTOINE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CR-00077-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) ) | |
| ANTOINE DAVIS, | ) ) | Date: October 3, 2024 Time: 9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Justin Lee, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, attorney for Antoine Davis, that the status conference currently set for October 3, 2024, be continued to **December 5, 2024**, and that the Court exclude time between October 3, 2024, and December 5, 2024, under the Speedy Trial Act pursuant to Local Code T4.

Defense counsel is reviewing discovery and desires additional time to consult with her client, to evaluate potential defenses, and to otherwise prepare for trial. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from this order's date through and including December 5, 2024, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [Local Code T4] based upon continuity of counsel and defense preparation.

Dated:  September 27, 2024

                                        HEATHER E. WILLIAMS
                                        Federal Defender

*/s/ Noa Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
ANTOINE DAVIS

Dated:  September 27, 2024           PHILLIP A. TALBERT
                                        United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

**IT IS HEREBY ORDERED** that the status conference scheduled for October 3, 2024, at 9:00 a.m. is continued to **December 5, 2024, at 9:30 a.m.**  The time period through December 5, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 30, 2024

_____
Troy L. Nunley
Chief United States District Judge