HEATHER E. WILLIAMS, #122664
Federal Defender
Noa E. Oren, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
noa_oren@fd.org

Attorney for Defendant
ANTOINE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00077-DC |
| Plaintiff, | **STIPULATION AND [PROPSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ANTOINE DAVIS, | Date: December 5, 2024 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Alstyn Bennett, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, attorney for Antoine Davis, that the status conference currently set for December 5, 2024, be continued to **December 13, 2024**, and that the Court exclude time between December 5, 2024, and December 13, 2024, under the Speedy Trial Act pursuant to Local Code T4.

Defense counsel is reviewing discovery and desires additional time to consult with her client, to evaluate potential defenses, and to otherwise prepare for trial. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. This case was just reassigned to the Hon. Dena Coggins and Counsel was asked to stipulate to a new date.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 13, 2024, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [Local Code T4] based upon continuity of counsel and defense preparation.

Dated: October 8, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
ANTOINE DAVIS

Dated: October 8, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

### ORDER

**IT IS HEREBY ORDERED** that the status conference scheduled for December 5, 2024, at 9:30 a.m. in Courtroom 2 before Chief District Judge Troy L. Nunley is continued to **December 13, 2024, at 9:30 a.m.** in Courtroom 8 before District Judge Dena M. Coggins. The time period through December 13, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **October 8, 2024**

_____
Dena Coggins
United States District Judge