PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ANTOINE LAMAR DAVIS,<br><br>               Defendant. | CASE NO.  2:24-CR-00077-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 13, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On October 8, 2024, this case was reassigned to the Honorable Dena Coggins.  ECF 28. As part of that order, all previously scheduled court hearings were vacated.  *Id.*  Accordingly, any previous exclusion of time tethered to a date before the former district court became no longer applicable.

2.      By previous order, this matter was set for status on December 13, 2024.  ECF 30.

3.      By this stipulation, the parties now request that the Court exclude time between October 10, 2024 and December 13, 2024, under Local Code T4.

4.      The parties agree and stipulate, and request that the Court find the following:

       a)      The government has represented that the discovery associated with this case

includes investigative reports and photographs in electronic form including approximately 127 pages of documents, as well as audio and video recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with her client, to review discovery, to conduct investigation and research related to the pending charges, to discuss possible resolutions with her client, and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested exclusion of time would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by taking such action outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 10, 2024 to December 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from the October 9, 2024 continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

1     5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4     IT IS SO STIPULATED.

5

6

7   Dated:  October 10, 2024                      PHILLIP A. TALBERT
                                                  United States Attorney

8

9                                                 /s/ ALSTYN BENNETT
                                                  ALSTYN BENNETT
10                                                Assistant United States Attorney

11

12  Dated:  October 10, 2024                      /s/ NOA E. OREN
                                                  NOA E. OREN
13                                                Counsel for Defendant
                                                  ANTOINE LAMAR DAVIS

14

15

16

17     IT IS SO ORDERED.

18  Dated:   **October 10, 2024**

19                                                Dena Coggins
                                                  United States District Judge

20

21

22

23

24

25

26

27

28