UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE LAMAR DAVIS,<br><br>Defendant. | No. 2:24-cr-00077-DC-1<br><br><br>ORDER RELATING AND REASSIGNING CASE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINE LAMAR DAVIS,<br><br>Defendant. | No. 2:25-cr-00110-JAM-1<br><br>**New Case No. 2:25-cr-00110-DC-1** |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123. Here, judicial economy is best served if the court assigned to the earlier criminal action retains both cases because the conduct alleged in the later action occurred while Defendant was released on pretrial supervision pending the charges in the earlier action. Specifically, the indictment in Case No. 2:25-cr-00110-JAM-1 alleges that Defendant failed to appear for a court hearing in the earlier action (Case No. 2:24-cr-00077-DC-1) and that Defendant is subject to a

1 statutory penalty enhancement based committing a new crime while subject to pretrial release in
2 the earlier action.
3     Relating the cases under Local Rule 123, however, merely has the result that the actions
4 are assigned to the same judge, it does not consolidate the actions.
5     The court hereby orders that the first action, Case No. 2:25-cr-00110-JAM-1, is reassigned
6 to District Judge Dena M. Coggins, and the caption shall read 2:25-cr-00110-DC-1.
7     In light of this reassignment, the status conference in 2:25-cr-00110-JAM-1 set for June
8 17, 2025 at 09:00AM in Courtroom 6 before Senior District Judge John A. Mendez is
9 VACATED and RESET for 6/13/2025 at 9:30 a.m. in Courtroom 8 before District Judge Dena M.
10 Coggins.

IT IS SO ORDERED.

Dated: __May 14, 2025__

_____
Dena Coggins
United States District Judge

2