HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
ANTOINE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTOINE DAVIS,<br><br>    Defendant. | Case No. 2:24-cr-00077-DC and<br>    2:25-cr-00110-DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND SET PSR SCHEDULE<br><br>DATE:  November 21, 2025<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the current sentencing hearing scheduled for November 21, 2025, at 9:30 a.m. be vacated and set for judgment and sentencing on **February 27, 2026, at 9:30 a.m.** Defense counsel needs to continue to conduct mitigation for the Court to consider regarding Mr. Davis's personal characteristics for inclusion in the draft presentence report. Defense counsel is hopeful that this can be completed by December. The probation office does not object to these dates.

It is therefore requested that the PSR schedule be set, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | January 9, 2026 |
| Informal Objections to Presentence Report Due: | January 23, 2026 |
| Final Presentence Report Due: | January 30, 2026 |

| | | |
|---|---|---|
| 1 | Formal Objections to Presentence Report Due: | February 6, 2026 |
| 2 | Reply or Statement of Non-Opposition Due: | February 19, 2026 |
| 3 | Judgment and Sentencing: | February 27, 2026 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: September 30, 2025         /s/ Noa Oren
NOA OREN
Assistant Federal Defender
Attorneys for Defendant
ANTOINE DAVIS


ERIC GRANT
United States Attorney

DATED: September 30, 2025          /s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The court, having received, read and considered the parties' stipulation filed on September 30, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for November 21, 2025, is VACATED and RESET for February 27, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than January 9, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than January 23, 2026; the final Report shall be submitted no later than January 30, 2026; Formal Objections or any Motion for Correction shall be submitted no later than February 6, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than February 19, 2026.

IT IS SO ORDERED.

Dated:   **September 30, 2025**

Dena Coggins
United States District Judge