HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorneys for Defendant
ANTOINE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINE DAVIS,<br><br>Defendant. | Case No. 2:24-cr-00077-DC and<br>2:25-cr-00110-DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND SET PSR SCHEDULE<br><br>DATE: February 27, 2026<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the current sentencing hearing scheduled for February 27, 2026, at 9:30 a.m. be vacated and set for judgment and sentencing on **April 10, 2026, at 9:30 a.m.** Defense counsel needs to continue to conduct mitigation. The Draft Presentence Report was disclosed on January 6, 2026. The probation office does not object to these dates.

It is therefore requested that the PSR schedule be set, as follows:

Informal Objections to Presentence Report Due: March 13, 2026

Final Presentence Report Due: March 20, 2026

Formal Objections to Presentence Report Due: March 27, 2026

Reply or Statement of Non-Opposition Due: April 3, 2026

Judgment and Sentencing: April 10, 2026

DAVIS: Stipulation and [Proposed]                    -1-
Order to Continue Sentencing and Modify PSR Schedule

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 16, 2026                    /s/ Noa Oren
                                           NOA OREN
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           ANTOINE DAVIS


ERIC GRANT
United States Attorney

DATED: January 16, 2026                    /s/ Justin Lee
                                           JUSTIN LEE
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

DAVIS: Stipulation and [Proposed]                    -2-
Order to Continue Sentencing and Modify PSR Schedule

**O R D E R**

The court, having received, read and considered the parties' stipulation filed on January 16, 2026, and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule.  Accordingly, the Sentencing Hearing scheduled for February 27, 2026, is VACATED and RESET for April 10, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' informal objections shall be delivered to the Probation Officer no later than March 13, 2026; the final Report shall be submitted no later than March 20, 2026; Formal Objections or any Motion for Correction shall be submitted no later than March 27, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than April 2, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **January 21, 2026**    _____

Dena Coggins
United States District Judge

DAVIS: Stipulation and [Proposed]                    -3-
Order to Continue Sentencing and Modify PSR Schedule